# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 93 MAL 2015 |
| Respondent | : Cross Petition for Allowance of Appeal : from the Order of the Superior Court |
| v. | : |
| MATTHEW BRYAN WOLFE, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of August, 2016, the Cross-Petition for Allowance of Appeal is **DISMISSED** as moot.

Justice Mundy did not participate in the consideration or decision of this matter.